1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,          )  Case No.  08MJ8105
                                      )
12          Plaintiff,                )
                                      )
13 v.                                 )  **NOTICE OF ATTORNEY APPEARANCE**
                                      )
14 ARNULFO MACIAS-GARCIA,             )
                                      )
15          Defendant.                )
                                      )
16 _____  )

17       Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

18 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

19 above-captioned case.

20                                Respectfully submitted,

21

22 Dated:  February 8, 2008            _/s/ Kris J. Kraus_____
                                      **KRIS J. KRAUS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
24                                    Kris_Kraus@fd.org

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that  a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
    880 Front Street
5   Room 6293
    San Diego, CA 92101
6   (619)557-5610
    Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8   and

9   **Stephen W Peterson**
    Law Offices of Stephen Peterson
10  964 Fifth Avenue
    Suite 214
11  San Diego, CA 92101
    (619)544-1446
12  Fax: (619)544-1469
    Email: swplaw@sbcglobal.net

13

14

15  DATED:  February 8, 2008              */s/ Kris J. Kraus*
                                          **KRIS J. KRAUS**
16                                        Federal Defenders of San Diego, Inc.
                                          Kris_Kraus@fd.org
17

18

19

20

21

22

23

24

25

26

27

28