FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 426 JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ARNULFO MACIAS-GARCIA (1), MANUEL DE JESUS TAPETILLO-RAMIREZ (2), | |
| Defendants. | |

The United States Attorney charges:

On or about February 3, 2008, within the Southern District of California, defendants ARNULFO MACIAS-GARCIA and MANUEL DE JESUS TAPETILLO-RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Hernandez-Ochoa, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 19, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
2/19/08