1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant United States Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5220
6

7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

8

FILED

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )   Magistrate Case No. 08MJ8105
                                     )
12                    Plaintiff,     )
                                     )
13            v.                     )   **STIPULATION OF FACT AND JOINT
                                     )   MOTION FOR RELEASE OF
14  ARNULFO MACIAS-GARCIA (1),       )   MATERIAL WITNESS(ES) AND
                                     )   ORDER THEREON**
15                    Defendant.     )   _____
                                     )
16  _____ )   **(Pre-Indictment Fast-Track Program)**

17         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Caroline P. Han, Assistant United States Attorney, and defendant ARNULFO MACIAS-GARCIA,

20  by and through and with the advice and consent of Kris J. Kraus, counsel for defendant, that:

21         1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26  and (v)(II).

27  //

28  CPH:es:2/11/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **March 6, 2008**.

6    4.    The material witnesses, Roberto Hernandez-Ochoa, Carlos Alberto Alverez-Zuniga

7  and Martin Bernardino Sanchez-Rojas, in this case:

8            a.    Are aliens with no lawful right to enter or remain in the United States;

9            b.    Entered or attempted to enter the United States illegally on or about

10  February 3, 2008;

11            c.    Were found in a vehicle driven by defendant in or near Calexico, California

12  and that defendant knew or acted in reckless disregard of the fact that they were aliens with no

13  lawful right to enter or remain in the United States;

14            d.    Were paying $1,800 - $2,200 to others to be brought into the United States

15  illegally and/or transported illegally to their destination therein; and,

16            e.    May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

21  proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

22  attack, that:

23            a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24  substantive evidence;

25            b.    The United States may elicit hearsay testimony from arresting agents

26  regarding any statements made by the material witness(es) provided in discovery, and such

27

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Arnulfo Macias-Garcia (1)                    2                          08MJ8105

1  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2  against interest of (an) unavailable witness(es); and,

3        c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

4  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6  waives the right to confront and cross-examine the material witness(es) in this case.

7        6.    By signing this stipulation and joint motion, defendant certifies that defendant has

8  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9  further that defendant has discussed the terms of this stipulation and joint motion with defense

10 counsel and fully understands its meaning and effect.

11       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12 immediate release and remand of the above-named material witness(es) to the Department of

13 Homeland Security for return to their country of origin.

14       It is STIPULATED AND AGREED this date.

15                                    Respectfully submitted,

16                                    KAREN P. HEWITT
                                      United States Attorney
17

18 Dated: 2/19/08                     CAROLINE P. HAN
19                                     Assistant United States Attorney

20

21 Dated: 2\19\08                     KRIS J. KRAUS
22                                     Defense Counsel for Macias-Garcia
                                       for
23

24 Dated: 2\19\08                     x Arfulfo Macias G.
25                                     ARNULFO MACIAS-GARCIA
                                       Defendant

26

27

28 Stipulation of Fact and Joint Motion for Release of
   Material Witness(es) And Order Thereon in
   United States v. Arnulfo Macias-Garcia (1)          3                    08MJ8105

1

### ORDER

2     Upon joint application and motion of the parties, and for good cause shown,

3     **THE STIPULATION** is admitted into evidence, and,

4     **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6     **SO ORDERED.**

7

8     Dated: _2-19-08_ .

9                      United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Arnulfo Macias-Garcia (1)       4         08MJ8105