UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Arnulfo Macias-Garcia )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. _08mJ 8105_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. _882 014_ |

**PETER C. LEWIS**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / <u>Order of Court</u>).

Roberto Hernandez-Ochoa
05963-298 @ ICJ

DATED: _2/19/08_

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                         OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _Sereyna Alvarez Romero_

Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082