Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 08-CR-00426 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| Arnulfo Macias-Garcia, | |
| Defendant | |

_Arnulfo Macias-Garcia_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _Kristin J. Kraus_.

DATED: X 01/03/08         X Arnulfo Macias G.
                                                DEFENDANT

I consent to the above substitution.

DATED: 3/8/08         _[signature]_
                                   _Luis J. Luna, Esq._
                                   PRESENT ATTORNEY

08-CR-00426

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 03-06-08

NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED: 3/6/08

APPROVED:

UNITED STATES DISTRICT COURT JUDGE