# MINUTES OF THE UNITED STATES DISTRICT COURT

| | | | | |
|---|---|---|---|---|
| USA v. | ARNULFO MACIAS-GARCIA | [1] | | 08CR0426-JLS |
| | Manuel De Jesus Tapetillo-Ramirez | [2] | | [] |

The Honorable: ANTHONY J. BATTAGLIA

| | | | | | |
|---|---|---|---|---|---|
| Atty | CHRISTIAN DE OLIVAS (N/A) | for | [1] | - | RET |
| Atty | RUSSELL BABCOCK | for | [2] | - | CJA |
| Atty | | for | [] | - | |

AJB08-1:1042-1045

AUSA: Carlos Cantu
Attorney Christian De Olivas (N/A) ( Atty Russell Babcock s/a)
Attorney Russell Babcock (#02)

Status Conference held.

Governments Oral Motion to Dismiss as to each defendant - Granted, without prejudice. Abstract Order issued to U.S. Marshal as to this case only.

Motion hearing/Trial Setting date of 04/11/08 @ 1:30pm before Judge Sammartino as to each defendant - Vacated.

Date:  04/04/06

END OF FORM

by  YMM