# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Arnulfo Macias-Garcia )
)
)

CASE NUMBER **08 CR 0426 JLS**

ABSTRACT OF ORDER

Booking No. **65553208**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **4/4/08** the Court entered the following order:

- ✓ Defendant be released from custody. **As to this case only.**
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and (____ bond) (____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ___ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court: ____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ✓ Case Dismissed. **oral motion of Govt.**
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ✓ Other. **Dft pending in criminal case # 08 CR 893**

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY